UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2025
```

-----------------------------------------------------------------X
                        :

ROYCE CORPORATION,           :
                         :

             Plaintiff,  :         1:25-cv-2848-GHW
                         :

        -v-         :         ORDER
                         :

MAERSK A/S,              :
                         :

           Defendant.  :
                         :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated April 7, 2025, Dkt. No. 4, the parties were directed to submit a

joint status letter and proposed case management plan to the Court no later than July 10, 2025. The

Court has not received the joint status letter or proposed case management plan. The parties are

directed to comply with the Court's April 7, 2025 order forthwith and in any event no later than July

16, 2025.

      SO ORDERED.

Dated: July 15, 2025
New York, New York                _____
                              GREGORY H. WOODS
                           United States District Judge